# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL PIAZZA, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   17-10289 / 18-00211** |
| **ASSOCIATED WHOLESALE GROCERS, INC.** | **SECTION: "H" (4)** |

## ORDER

**IT IS ORDERED** that the Settlement Conference presently set for April 11, 2019, at 10:00A.M. before Chief Magistrate Judge Roby is **CANCELLED** due to the parties' disagreement regarding whether some or all of the Piazza claims would be included in the discussion.

New Orleans, Louisiana, this 10th day of April 2019.

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**