**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

MICHAEL PIAZZA, JR.                                          CIVIL ACTION

VERSUS                                                              NO. 17-10289 c/w 18-211

ASSOCIATED WHOLESALE GROCERS INC.           SEC. "H"(4)

<u>ORDER OF DISMISSAL</u>

The Court having been advised by the attached correspondence from counsel that all parties have firmly agreed upon a compromise in this consolidated matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 1st day of July, 2019.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE